IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| vs. | : | |
| RICHARD VALENTINE | : | NO. 09-169-01 |

### O R D E R

**AND NOW**, this 1st day of September, 2009, upon consideration of defendant's Motion to Suppress Physical Evidence & Statements (Document No. 14, filed April 9, 2009), the Government's Response in Opposition to Defendant's Motion to Suppress Physical Evidence & Statements (Document No. 18, filed April 20, 2009), defendant's Supplemental Motion to Suppress Physical Evidence & Statements (Document No. 29, filed June 3, 2009), the Government's Response in Opposition to Defendant's Supplemental Motion to Suppress Physical Evidence & Statements (Document No. 32, filed June 15, 2009), defendant's Memorandum of Law in Support of the Motion to Suppress Physical Evidence (Document No. 33, filed August 6, 2009), and the Government's Response in Opposition to Defendant's Supplemental Motion to Suppress Physical Evidence & Statements (Document No. 36, filed August 14, 2009); following a hearing on July 31, 2009, and upon consideration of the evidence and argument presented at that hearing, for the reasons stated in the Memorandum of August 31, 2009, **IT IS ORDERED** that defendant's Motion to Suppress Physical Evidence & Statements is **DENIED**.

BY THE COURT:

/S/ Jan E. DuBois, J

_____
**JAN E. DUBOIS, J.**